

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

RYAN G. SHAFFER
Labor and Employment Law Division
Phone: (212) 356-5037
Fax: (212) 356-2089
Email: rshaffer@law.nyc.gov

February 16, 2018

**By ECF**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  <u>Bivona v. New York City Department of Education, et al.</u>
         17 Civ. 9451 (RJS)

Dear Judge Sullivan:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel for the City of New York, attorney for the defendants in the above-captioned action. Defendants write to advise the Court that the parties have reached a settlement in principle, which will be formalized in a written settlement agreement and release. The parties will file a Stipulation of Dismissal after executing the settlement agreement. Accordingly, the parties respectfully request that the February 23, 2018 initial conference be adjourned *sine die*.

      Thank you for your time and attention to this matter.

                      Respectfully submitted,

                      /s/
                      Ryan G. Shaffer
                      Assistant Corporation Counsel
                      *Attorney for Defendants*

**By ECF**
cc:  Bryan Glass, Esq.
     Attorney for Plaintiff