UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

CAROLYN BIVONA,

                         Plaintiff,

          -v-                                        No. 17-cv-9451 (RJS)
                                                     ORDER
NEW YORK CITY DEPARTMENT OF
EDUCATION *et al.*,

                         Defendant.

---

RICHARD J. SULLIVAN, District Judge:

        The Court is in receipt of a letter from Defendants informing the Court that the parties have

reached a settlement.  (Doc. No. 15.)  Accordingly, IT IS HEREBY ORDERED THAT this case

is dismissed with prejudice but without costs.  IT IS FURTHER ORDERED THAT the Court

retains jurisdiction to enforce the settlement agreement.  *See Kokkonen v. Guardian Life Ins. Co.*

*of Am.*, 511 U.S. 375, 381 (1994).  However, within thirty days of the date of this Order, any party

may send a letter requesting to restore this action to the docket with an explanation for the request.

The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:        February  16, 2018
              New York, New York

                                                     _____
                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES DISTRICT JUDGE